Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Bontele, a mixture of chemical compounds, similar in all material respects to that the subject of *United States* v. *Sandoz Chemical Works, Inc.* (46 C.C.P.A. 115, C.A.D. 711) and that the issues herein are the same as those involved in said C.A.D. 711, the claim of the plaintiff was sustained.

**No. 66953.**—Verona Dyestuffs *v.* United States, protests 60/23089 and 60/28157 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 64647, the claim of the plaintiff was sustained.

**No. 66954.**—Martin Freeman Co., Inc. *v.* United States, protests 59/20179(A), 59/23165(B), and 58/3895(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 8, 1962

**No. 66955.**—Seedman International Corp. *v.* United States, protests 60/16195, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66956.**—Seedman International Corp. *v.* United States, protests 61/9027, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66957.**—Daido Corp. *v.* United States, protests 60/13220, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 66958.**—R. J. Saunders & Co., Inc. *v.* United States, protests 62/1731 and 62/2705 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of liquid air engines similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.